Case 1:18-cv-04820-JSR Document 11 Filed 07/30/18 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMOND DOWLING and
AINE DOWLING,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 1:18-cv-04820-JSR

ECF Case

**STIPULATION OF DISMISSAL**

It is hereby **STIPULATED** and **AGREED** by and between the undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the within matter is dismissed, without prejudice.

**IT IS SO STIPULATED AND AGREED:**

William A. Gogel
AGULNICK & GOGEL, LLC
8 Bond Street- Suite 303
Great Neck, NY 11021
Tel: (516) 466-6300

*Attorney for Plaintiffs*
*Edmond Dowling and Aine Dowling*

Dated: July 18, 2018

Michael M. Klotz
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3939
mklotz@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

Dated: July ~~18,~~ 30 2018

**SO ORDERED:**

U.S.D.J.
8-2-18